

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>DANIEL MARCELO AMARILLO<br>RITA ACILU AMBROSETTI<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 09-31968 |
|---|---|



The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**
North View Physical Therapy                  $4.26
849 12th Street
Ogden, UT 84404


The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$4.26** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 20th day of May, 2011.


                                             _____/s/_____
                                             Steven R. Bailey, Trustee